IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 1:25-CR-234 (AMN) |
| **v.** | ) **Information** |
| **ANJA SALAMACK,** | ) Violations: 21 U.S.C. § 841(a)(1), (b)(1)(C) [Distribution and Dispensation of a Controlled Substance]<br><br>18 U.S.C. § 1347 [Health Care Fraud] |
| | ) 8 Counts |
| **Defendant.** | ) County of Offenses: Albany |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNTS 1-5**
**[Distribution and Dispensation of a Controlled Substance]**

On or about the following dates, in Albany County in the Northern District of New York, and elsewhere, the defendant, **ANJA SALAMACK**, a registrant authorized to dispense controlled substances, knowingly and intentionally distributed and dispensed a controlled substance outside the usual course of professional practice and without a legitimate medical purpose:

| Count | Date |
|---|---|
| One | March 28, 2023 |
| Two | April 19, 2023 |
| Three | May 1, 2023 |
| Four | May 14, 2024 |
| Five | June 17, 2024 |

all in violation of Title 21, United States Code, Section 841(a)(1). Each violation involved amphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

**COUNTS 6-8**
**[Health Care Fraud]**

On or about the following dates, in Albany County in the Northern District of New York, and elsewhere, the defendant, **ANJA SALAMACK**, knowingly and willfully executed a scheme and artifice to defraud a health care benefit program and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money owned by, and under the custody and control of, health care benefit programs as defined in Title 18, United States Code, Section 24(b), and in connection with the payment for health care benefits, items, and services, in that **SALAMACK** submitted claims for reimbursement to health care benefit programs for psychotherapy services, and evaluation and management services, when, as **SALAMACK** then well knew, such claims were false because she had not provided the services:

| Count | Date |
|---|---|
| Six | March 17, 2023 |
| Seven | April 19, 2023 |
| Eight | April 28, 2023 |

all in violation of Title 18, United States Code, Section 1347.

Dated: June 24, 2025

JOHN A. SARCONE III
United States Attorney

By: ______________________

Michael Barnett
Assistant United States Attorney
Bar Roll No. 519140